UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RICHARD LEON CRAYTON,

    Plaintiff,

v.

No. 1:18-CV-083

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Richard Crayton, pursuant to 42 U.S.C. § 405(g), appeals from the Commissioner of Social Security's denial of his application for disability insurance benefits and supplemental security income. United States Magistrate Judge Hal R. Ray, Jr. entered a Report and Recommendation on September 6, 2019. Any party objecting to a Magistrate Judge's Report and Recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The time for Crayton to object to the Report and Recommendation has now expired, and no objections were filed.

When reviewing the denial of Social Security benefits, Fifth Circuit precedent provides that courts must not re-weigh evidence, try questions de novo, or substitute their own judgment for that of the Commissioner. *Masterson v. Barnhart*, 309 F.3d 267, 272 (5th Cir. 2002); *Newton v. Apfel*, 209 F.3d 448, 452 (5th Cir. 2000). Magistrate Judge Ray properly applied these standards in the Report and Recommendation. The Court accepts the findings and conclusions of the Magistrate Judge and adopts them as its own. This action is dismissed with prejudice.

So ordered.

Dated: September 25, 2019

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE